IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

MOLLY MCBRIDE                                                                                    PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:21-CV-199-MPM-RP

ADDICTION CAMPUSES OF MISSISSIPPI, LLC                                          DEFENDANT

## ORDER SUBSTITUTING PARTY

This matter is before the court on the parties' joint *ore tenus* motion to substitute Addiction Campuses of Mississippi, LLC d/b/a Vertava Health of Mississippi – Residential Treatment Center for the defendant incorrectly named in the complaint as Vertava Health of Mississippi d/b/a Addiction Campuses of Mississippi, LLC a/k/a Turning Point. The court finds the request is well taken and should be **GRANTED**. Addiction Campuses of Mississippi, LLC d/b/a Vertava Health of Mississippi – Residential Treatment Center is substituted as the defendant in place of Vertava Health of Mississippi d/b/a Addiction Campuses of Mississippi, LLC a/k/a Turning Point. The Clerk of Court is directed to change the style on the docket to reflect the new, properly designated defendant, and the parties are directed to observe this change in future filings.

**SO ORDERED,** this the 15th day of December, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE